UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cr-00102-6

———

**United States of America**

v.

**Manuel Earl Williams**

———

**ORDER**

The court referred this matter to United States Magistrate Judge John D. Love for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and a recommendation on the guilty plea. Doc. 232. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count thirty of the first superseding indictment. *Id*. Defendant waived his right to object to the magistrate judge's findings. *Id*. at 2.

The court accepts the United States magistrate judge's findings of fact and recommendation on the guilty plea. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant Manuel Earl Williams guilty of count thirty of the first superseding indictment, charging a violation of 18 U.S.C. § 924(c) – Use, carrying, and possession of a firearm during, in relation to, and in furtherance of a drug trafficking crime.

*So ordered by the court on March 25, 2026.*

_____

J. CAMPBELL BARKER
United States District Judge

- 1 -